NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MYA SARAY, LLC,**
*Plaintiff-Appellant*

**v.**

**IBRAHIM DABES, DBA DABES EGYPTIAN IMPORTS,**
*Defendant*

**ALLA ALLABADIE, DBA WORLD SMOKE SHOP, DBA SHISHA CENTER,**
*Defendant-Appellee*

---

2017-1044

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:16-cv-00629-LMB-IDD, Judge Leonie M. Brinkema.

---

## JUDGMENT

---

MICHAEL KEITH BLANKENSHIP, Da Vinci's Notebook, LLC, Bristow, VA, argued for plaintiff-appellant.

JOHN E. LORD, One LLP, Beverly Hills, CA, argued for defendant-appellee.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (LOURIE, WALLACH, and STOLL, *Circuit Judges*).

### AFFIRMED. *See* Fed. Cir. R. 36.

             ENTERED BY ORDER OF THE COURT


| January 10, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |